IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2121 |
| | § | |
| JOHN DOES 1-25, | § | |
|    Defendants. | § | |

## **ORDER**

It is hereby **ORDERED** that Plaintiff's Motion to Reschedule the Pretrial Conference [Doc. # 10] is **GRANTED** and the initial pretrial conference is rescheduled to **January 5, 2015, at 11:30 a.m.**

SIGNED at Houston, Texas, this **21st** day of **November, 2014**.