IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 4:14-cv-02121 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**DOE #7, OWNER OF IP ADDRESS 98.201.13.41**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 7, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.201.13.41.

DATED:  November 24, 2014         Respectfully submitted,

                                                         Dallas Buyers Club, LLC,

                                             By:   s/Daniel R. Kirshbaum, P.C.
                                                   Daniel R. Kirshbaum
                                                   Texas Bar No. 11533000
                                                   4900 Woodway, Suite 600
                                                   Houston, Texas 77056
                                                   (832) 617-5683-ofc
                                                   (713) 208-7709-cell
                                                   (832) 266-0282-fax

                                                   s/ Keith A. Vogt
                                                   Keith A. Vogt (Bar No. 6207971)
                                                   Takiguchi & Vogt, LLP
                                                   1415 West 22nd Street, Tower Floor
                                                   Oakbrook, IL 60523
                                                   (630) 974-5707
                                                   KVogt@takiguchiandvogt.com

                                                   Attorneys for Plaintiff