# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 4:14-cv-02121 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1- 25, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE #3, OWNER OF IP ADDRESS 98.199.207.57

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 3, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.199.207.57.

DATED: December 5, 2014          Respectfully submitted,

Dallas Buyers Club, LLC,

By:   s/Daniel R. Kirshbaum, P.C.
      Daniel R. Kirshbaum
      Texas Bar No. 11533000
      4900 Woodway, Suite 600
      Houston, Texas 77056
      (832) 617-5683-ofc
      (713) 208-7709-cell
      (832) 266-0282-fax

      s/ Keith A. Vogt
      Keith A. Vogt (Bar No. 6207971)
      Takiguchi & Vogt, LLP
      1415 West 22nd Street, Tower Floor
      Oakbrook, IL 60523
      (630) 974-5707
      KVogt@takiguchiandvogt.com
      Attorneys for Plaintiff