**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.:  4:14-cv-02121 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED:  December 31, 2014                    Respectfully submitted,

Dallas Buyers Club, LLC,

By:      s/Daniel R. Kirshbaum, P.C.
         Daniel R. Kirshbaum
         Texas Bar No. 11533000
         4900 Woodway, Suite 600
         Houston, Texas 77056
         (832) 617-5683-ofc
         (713) 208-7709-cell
         (832) 266-0282-fax

         s/ Keith A. Vogt
         Keith A. Vogt (Bar No. 6207971)
         Takiguchi & Vogt, LLP
         1415 West 22nd Street, Tower Floor
         Oakbrook, IL 60523
         (630) 974-5707
         KVogt@takiguchiandvogt.com

         Attorneys for Plaintiff