IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2121 |
| | § | |
| JOHN DOES 1-25, | § | |
|     Defendants. | § | |

## **DISMISSAL ORDER**

Pursuant to Plaintiff's Notices of Dismissal [Docs. # 12 and # 13], it is hereby

**ORDERED** that all claims against Defendant Doe # 7 and Defendant Doe # 3 are **DISMISSED WITH PREJUDICE**.

Pursuant to Plaintiff's Notice of Dismissal [Doc. # 14], it is further

**ORDERED** that all claims against all remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this **5th** day of **January, 2015**.

_____
Nancy F. Atlas
United States District Judge